# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO.: 3:05CR104-24-V

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **DALE RODNEY TOBIAS,** ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, filed June 21, 2005. Upon the Government's request, leave of Court will be granted for the dismissal of the Bill of Indictment (as it pertains to this Defendant only) in the above-captioned case without prejudice.

**IT IS, THEREFORE, ORDERED** that the Motion to Dismiss is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, and the United States Attorney's Office.

**Signed: June 27, 2005**

Richard L. Voorhees
United States District Judge